IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

WILLIE L. HUFF                                                                                          PLAINTIFF

v.                             Civil No. 6:07-cv-06013

CAPTAIN MEL STEED,
Garland County Detention Facility;
CPL. HOAR, Garland County
Detention Facility; and NURSE
TOMMY HARMON                                                                                   DEFENDANTS

## JUDGMENT

For the reasons stated in a memorandum opinion, I find the Defendants' motion for summary judgment (Doc. 15) should be and hereby is granted. This case is dismissed with prejudice.

**IT IS SO ORDERED** this 21st **day of November 2007.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE